UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MARCINE CHRISTNER, an individual, | Case No. 3:23-cv-05616-TMC |
| Plaintiff, | ORDER TO STAY PROCEEDINGS |
| v. | |
| STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation, | |
| Defendant. | |

**ORDER**

Based on the foregoing stipulation (Dkt. 24), IT IS SO ORDERED that this case is STAYED until April 28, 2025. Either party may move the Court to terminate the stay upon 15 days' written notice to the other party. The parties are DIRECTED to file their Initial Disclosures pursuant to FRCP 26(a)(1) and their Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) by April 28, 2025.

IT IS SO ORDERED THIS 28th day of January, 2025.

_____
Tiffany M. Cartwright
United States District Judge

ORDER TO STAY PROCEEDINGS - 1